IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CR-00002-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BRENT ALLEN DINGESS, | ) |
| | ) |
| **Defendant.** | ) |

**BEFORE THE COURT** is Defendant's "Motion to Attend Father's Funeral." (Doc. 68). Defendant requests to attend his father's visitation and funeral scheduled this day.

Due to security concerns, U.S. Marshal's Service's policies and procedures do not provide for a criminal defendant in federal custody to attend the funeral of a deceased member of the immediate family under any circumstances. Therefore, Defendant's request to attend his father's funeral must be <u>denied</u>.[1]

**SO ORDERED.**

Signed: December 3, 2015

Richard L. Voorhees
United States District Judge

---

[1] In certain circumstances, a private viewing may be possible. However, this must have been arranged with the U.S. Marshal's Service, with leave of the Court, and requires, among other things, that the Defendant or his sponsor pay in advance all expenses associated with this endeavor prior to transportation.